**Fill in this information to identify the case:**

Debtor 1: John B Oliver

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Ohio

Case number: 1952845

# Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $574.24

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 6 9

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 262.23        New escrow payment: $ 241.41

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Emily Marchino                                      Date  12/03/2020
Signature

Print: MARCHINO, EMILY                                   VP Loan Documentation
       First Name    Middle Name    Last Name            Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                        MN    55121-7700
         City                         State ZIP Code

Contact phone  800-274-7025            NoticeOfPaymentChangeInquiries@wellsfargo.com
                                       Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter 13 No. 1952845
Judge: John E. Hoffman Jr.

In re:

John B Oliver

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 04, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

John B Oliver
52 Star Street

Jackson OH 45640

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

Karrie Mae Southern
Karrie Mae Southern Law Office, LLC
253 South Paint Street Suite E

Chillicothe OH 45601-3832

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Faye D. English
Chapter 13 Trustee
10 West Broad Street Suite 1600

Columbus OH 43215-3419

/s/Emily Marchino

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

**Escrow review statement**
*For informational purposes only*

**Statement Date:** November 12, 2020
**Loan number:**
**Property address:**
1180 ADELPHIA RD
WELLSTON OH 45692

JOHN B OLIVER
1180 ADELPHIA STATE RD
WELLSTON OH 45692-9711

## Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

***PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.***

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

> The escrow account has an overage of
> **$74.23**

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **January 1, 2021** payment, the contractual portion of the escrow payment **decreases**.

## Part 1 - Mortgage payment

**New Payment** — The new total payment will be **$574.24**

|  | Previous payment through 12/01/2020 payment date | New payment beginning with the 01/01/2021 payment |
|---|---|---|
| **Principal and/or interest** | $332.83 | $332.83 |
| **Escrow payment** | $262.23 | $241.41 |
| **Total payment amount** | $595.06 | $574.24 |

> **No action required**
>
> Starting **January 1, 2021** the new contractual payment amount will be **$574.24**

**See Page 2 for additional details.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $2,231.21. For the coming year, we expect the amount paid from escrow to be $2,896.86.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 07/18 - 06/19 (Actual) | 05/19 - 04/20 (Actual) | 05/20 - 11/20 (Actual) | 01/21 - 12/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $841.69 | $880.87 | $448.35 | $896.70 | ÷ | 12 | = | $74.73 |
| **Property insurance** | $1,474.71 | $1,549.01 | $1,466.88 | $1,466.88 | ÷ | 12 | = | $122.24 |
| **Total taxes and insurance** | $2,316.40 | $2,429.88 | $1,915.23 | $2,363.58 | ÷ | 12 | = | $196.97 |
| **Escrow shortage** | $237.37 | $0.00 | $155.94 | $0.00 |  |  |  |  |
| **Mortgage insurance** | $559.14 | $549.79 | $315.98 | $533.28 | ÷ | 12 | = | $44.44 |
| **Total escrow** | $3,112.91 | $2,979.67 | $2,387.15 | $2,896.86 |  |  |  | $241.41 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance August, 2021 |   | -$537.06 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $1,005.23 |  |
| Minimum balance for the escrow account† | - | $393.94 | (Calculated as: $196.97 X 2 months) |
| **Escrow overage** | = | $74.23 |  |

‡This adjustment of $1,005.23, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

Loan Number:

## Part 3 - Escrow account projections

Escrow account projections from January, 2021 to December, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Dec 2020 | | | Starting balance | $250.76 | $1,181.76 |
| Jan 2021 | $241.41 | $44.44 | FHA Insurance | $447.73 | $1,378.73 |
| Feb 2021 | $241.41 | $44.44 | FHA Insurance | $644.70 | $1,575.70 |
| Feb 2021 | $0.00 | $448.35 | JACKSON COUNTY | $196.35 | $1,127.35 |
| Mar 2021 | $241.41 | $44.44 | FHA Insurance | $393.32 | $1,324.32 |
| Apr 2021 | $241.41 | $44.44 | FHA Insurance | $590.29 | $1,521.29 |
| May 2021 | $241.41 | $44.44 | FHA Insurance | $787.26 | $1,718.26 |
| Jun 2021 | $241.41 | $44.44 | FHA Insurance | $984.23 | $1,915.23 |
| Jul 2021 | $241.41 | $44.44 | FHA Insurance | $1,181.20 | $2,112.20 |
| Jul 2021 | $0.00 | $448.35 | JACKSON COUNTY | $732.85 | $1,663.85 |
| Aug 2021 | $241.41 | $44.44 | FHA Insurance | $929.82 | $1,860.82 |
| Aug 2021 | $0.00 | $1,466.88 | ALLSTATE EDI ONLY | -$537.06 | $393.94 |
| Sep 2021 | $241.41 | $44.44 | FHA Insurance | -$340.09 | $590.91 |
| Oct 2021 | $241.41 | $44.44 | FHA Insurance | -$143.12 | $787.88 |
| Nov 2021 | $241.41 | $44.44 | FHA Insurance | $53.85 | $984.85 |
| Dec 2021 | $241.41 | $44.44 | FHA Insurance | $250.82 | $1,181.82 |
| Totals | $2,896.92 | $2,896.86 | | | |

## Part 4 - Escrow account history

Escrow account activity from May, 2020 to December, 2020

| Date | Deposits to escrow Actual | Projected | Difference | Payments from escrow Actual | Projected | Difference | Description | Escrow balance Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| May 2020 | | | | | | | Starting Balance | -$295.48 | $1,589.74 | -$1,885.22 |
| May 2020 | $0.00 | $249.23 | -$249.23 | $0.00 | $45.42 | -$45.42 | FHA Insurance | -$295.48 | $1,793.55 | -$2,089.03 |
| May 2020 | $0.00 | $0.00 | $0.00 | $45.42 | $0.00 | $45.42 | FHA Insurance | -$340.90 | $1,793.55 | -$2,134.45 |
| Jun 2020 | $0.00 | $249.23 | -$249.23 | $0.00 | $45.42 | -$45.42 | FHA Insurance | -$340.90 | $1,997.36 | -$2,338.26 |
| Jun 2020 | $0.00 | $0.00 | $0.00 | $45.42 | $0.00 | $45.42 | FHA Insurance | -$386.32 | $1,997.36 | -$2,383.68 |
| Jul 2020 | $0.00 | $249.23 | -$249.23 | $0.00 | $45.42 | -$45.42 | FHA Insurance | -$386.32 | $2,201.17 | -$2,587.49 |
| Jul 2020 | $0.00 | $0.00 | $0.00 | $448.35 | $448.35 | $0.00 | JACKSON COUNTY | -$834.67 | $1,752.82 | -$2,587.49 |
| Jul 2020 | $0.00 | $0.00 | $0.00 | $45.42 | $0.00 | $45.42 | FHA Insurance | -$880.09 | $1,752.82 | -$2,632.91 |
| Jul 2020 | $0.00 | $0.00 | $0.00 | $1,466.88 | $0.00 | $1,466.88 | ALLSTATE EDI ONLY | -$2,346.97 | $1,752.82 | -$4,099.79 |
| Aug 2020 | $0.00 | $249.23 | -$249.23 | $0.00 | $45.42 | -$45.42 | FHA Insurance | -$2,346.97 | $1,956.63 | -$4,303.60 |
| Aug 2020 | $0.00 | $0.00 | $0.00 | $0.00 | $1,549.01 | -$1,549.01 | ALLSTATE EDI ONLY | -$2,346.97 | $407.62 | -$2,754.59 |
| Aug 2020 | $0.00 | $0.00 | $0.00 | $45.42 | $0.00 | $45.42 | FHA Insurance | -$2,392.39 | $407.62 | -$2,800.01 |
| Sep 2020 | $1,248.51 | $249.23 | $999.28 | $45.42 | $45.42 | $0.00 | FHA Insurance | -$1,189.30 | $611.43 | -$1,800.73 |
| Oct 2020 | $0.00 | $249.23 | -$249.23 | $0.00 | $45.42 | -$45.42 | FHA Insurance | -$1,189.30 | $815.24 | -$2,004.54 |
| Oct 2020 | $0.00 | $0.00 | $0.00 | $44.44 | $0.00 | $44.44 | FHA Insurance | -$1,233.74 | $815.24 | -$2,048.98 |
| Nov 2020 (estimate) | $1,311.15 | $249.23 | $1,061.92 | $0.00 | $45.42 | -$45.42 | FHA Insurance | $77.41 | $1,019.05 | -$941.64 |
| Nov 2020 | $0.00 | $0.00 | $0.00 | $44.44 | $0.00 | $44.44 | FHA Insurance | $32.97 | $1,019.05 | -$986.08 |
| Dec 2020 (estimate) | $262.23 | $249.23 | $13.00 | $44.44 | $45.42 | -$0.98 | FHA Insurance | $250.76 | $1,222.86 | -$972.10 |
| Totals | $2,821.89 | $1,993.84 | $828.05 | $2,275.65 | $2,360.72 | -$85.07 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19

